93 P.3d 1172

# SUPREME COURT OF HAWAI'I

**July 21, 2004**

| 24201 | Toyama v. Employment Sec. Appeals Office | Affirmed |

**July 22, 2004**

| 24192 | Zook v. Smith | Affirmed |
| 24506 | Ngo v. State Farm Mut. Auto. Ins. Co. | Affirmed |

**July 23, 2004**

| 24352 | Wai v. Hawaiian Airlines, Inc. | Affirmed |
| 24480 | Benson v. State | Vacated and Remanded |

**July 26, 2004**

| 23891 | Barnett v. Frank | Affirmed |
| 23926 | Reed v. Allstate Ins. Co. | Affirmed |

**July 28, 2004**

| 24058 | Daffron v. Robert's Hawaii, Inc. | Affirmed |